| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. Pending |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
|   | Email: william.a.hall@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3235-JM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| CLARICE VICTORIA BARRON (1), | ) | |
| ESMERALDA CORTEZ (2), | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

1

2   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

3   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

4   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

5   association):

6   <u>Name</u> (If none, enter "None" below)

7   None

8

9   Please call me if you have any questions about this notice.

10  DATED: January 4, 2008

11                                          Respectfully submitted,

12                                          KAREN P. HEWITT
                                            United States Attorney
13

14                                          <u>s/ William A. Hall, Jr.</u>
                                            WILLIAM A. HALL, JR.
15                                          Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27
    Notice of Appearance
28  U.S. v. Barron et al.                   2                              07CR3235-JM

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>CLARICE VICTORIA BARRON (1),<br>ESMERALDA CORTEZ (2),<br><br>    Defendant(s). | Case No. 07CR3235-JM<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, WILLIAM A. HALL, JR., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Marc X. Carlos, Esq.
2. Paul D. Turner, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2008.

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.

Notice of Appearance
U.S. v. Barron et al.                                                                07CR3235-JM